KRISTOL BRADLEY GINAPP, ESQ.
Nevada Bar No. 8468
E-mail: kginapp@nevadafirm.com
JOANNA M. MYERS, ESQ.
Nevada Bar No. 12048
E-mail: jmyers@nevadafirm.com
DAVID L. EDELBLUTE
Nevada Bar. No. 14049
dedelblute@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:   702/791-1912

*Attorneys for Defendants Optimized LLC and John Anthony Lifestyle, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WEALTHY INC. and DALE BUCZKOWSKI,<br><br>             Plaintiffs,<br><br>v.<br><br>JOHN MULVEHILL, JOHN ANTHONY LIFESTYLE, LLC, and OPTIMIZED LIFESTYLE LLC,<br><br>             Defendants. | CASE NO:  2:22-CV-00740-JCM-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANTS TO FILE AND SERVE THEIR ANSWER OR OTHER RESPONSE TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs Wealthy Inc. and Dale Buczkowski ("Plaintiffs") and Defendants John Anthony Lifestyle, LLC and Optimized Lifestyle LLC ("Defendants") state the following:

1. The Complaint was filed on May 9, 2022, and the Court issued Summonses for Optimized Lifestyle LLC, John Anthony Lifestyle, LLC and John Mulvehill on May 10, 2022.

2. Defendants John Anthony Lifestyle, LLC and Optimized Lifestyle LLC were served with a copy of the Summons and Complaint on May 12, 2022.

3. Defendants John Anthony Lifestyle, LLC and Optimized Lifestyle LLC's respective answers or other responses for the Complaint are currently due June 2, 2022.

4. Because John Anthony Lifestyle, LLC and Optimized Lifestyle LLC have only

- 1 -

14948-01/2770119.docx

recently retained counsel and require time to investigate the Complaint's allegations, good cause exists and the parties agree and respectfully request a short extension of time to allow Defendants John Anthony Lifestyle, LLC and Optimized Lifestyle LLC until **June 9, 2022** to file and serve their respective answers or other responses to the Complaint.

5. The other deadlines in this case are not affected by this stipulation. This is the first stipulation for the extension of time for Defendants John Anthony Lifestyle, LLC and Optimized Lifestyle LLC to file their answer or motion in response to the Complaint.

Dated: this 1st day of June 2022

**IT IS SO AGREED AND STIPULATED:**

PETERSON BAKER, PLLC

By: /s/ Tamara Beatty Peterson
Tamara Beatty Peterson, Esq.
Nikki L. Baker, Esq.
701 S. 7th Street
Las Vegas, NV 89101
Tel. (702) 786-1001
Email: tpeterson@petersonbaker.com
Email: nbaker@petersonbaker.com

Jeffrey Vockrodt, Esq.
CULHANE MEADOWS PLLC
888 Main Street, #543
New York, NY 10044
Telephone: (917) 853-0057
Email: jvockrodt@cm.law

*Attorneys for Plaintiffs*
*Wealthy Inc. and Dale Buczkowski*

HOLLY DRIGGS

By: /s/ Joanna M. Myers
Kristol Bradley Ginapp, Esq.
Joanna M. Myers, Esq.
David Edelblute, Esq.
400 South Fourth Street, Third Floor
Las Vegas, NV 89101
Email: kginapp@nevadafirm.com
Email: jmyers@nevadafirm.com
Email: dedelblute@nevadafirm.com

*Attorneys for Defendants Optimized LLC and John Anthony Lifestyle, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 1, 2022

14948-01/2770119.docx