TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
KRAVITZ SCHNITZER
JOHNSON & WATSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
tjwatson@ksjattorneys.com
rgreen@ksjattorneys.com
*Attorneys for Defendant,*
*JOHN ANTHONY LIFESTYLE, LLC*
*and JOHN MULVEHILL*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WEALTHY INC. and DALE BUCZKOWSKI,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN MULVEHILL, JOHN ANTHONY LIFESTYLE, LLC, and OPTIMIZED LIFESTYLE LLC,<br><br>Defendants. | Case No. 2:22-cv-00740-JCM-EJY<br><br>**MOTION AND [PROPOSED] ORDER TO REMOVE ATTORNEY FROM THE ELECTRONIC SERVICE LIST** |

Defendants, JOHN ANTHONY LIFESTYLE, LLC and JOHN MULVEHILL (hereinafter "Defendants"), by and through their attorneys of record, TYLER J. WATSON, ESQ. and L. RENEE GREEN, ESQ. of the law firm of KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD., hereby file this Motion to request that the Court remove Kristopher T. Zeppenfeld, Esq. from the Electronic Service List.

Kristopher T. Zeppenfeld, Esq. is no longer counsel of record for this case and is no longer an attorney with the firm representing the Defendants. TYLER J. WATSON, ESQ. and L. RENEE GREEN, ESQ. remain counsel of record and should continue to receive notifications via the Electronic Service List. Given the continuing appearance of this firm's attorneys on behalf of Defendants, no party will be prejudiced Mr. Zeppenfeld's withdrawal.

/ / /

1

Accordingly, the undersigned respectfully requests that the Court remove Mr. Zeppenfeld's name as counsel for Defendants.

DATED this 25th day of October, 2022.

        KRAVITZ SCHNITZER
        JOHNSON & WATSON, CHTD.

        /s/ L. Renee Green
        TYLER J. WATSON, ESQ.
        Nevada Bar No. 11735
        L. RENEE GREEN, ESQ.
        Nevada Bar No. 12755
        8985 S. Eastern Avenue, Suite 200
        Las Vegas, Nevada 89123
        *Attorneys for Defendants John Anthony Lifestyle, LLC and John Mulvehill*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 26, 2022

2